## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **MARY GROVES,**<br>**Plaintiff** | §<br>§<br>§ | |
| v. | §<br>§ | **Case Number 3:16-cv-3200-M** |
| **THE CBE GROUP, INC.,**<br>**Defendant** | §<br>§<br>§<br>§ | |

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff and Defendant have reached a preliminary settlement and, accordingly, file this Notice

of Settlement. The parties are finalizing settlement documents and anticipate filing a Stipulation

of Dismissal with Prejudice within thirty days.


Dated:          February 22, 2017          Respectfully submitted,

_____

Sameer S. Birring
Birring Law Firm
501 North IH-35
Austin, TX 78702
Tel: (512) 937-2712
Fax: (646) 798-0110
sameer@birringlaw.com
Texas State Bar Number 24087169

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of February, 2017, I electronically filed a true and correct copy of

the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such

filing to all counsel of record in this case.

_____
Sameer S. Birring
Birring Law Firm
501 North IH-35
Austin, TX 78702
Tel: (512) 937-2712
Fax: (646) 798-0110
sameer@birringlaw.com
Texas State Bar Number 24087169