IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARY GROVES,<br>Plaintiff | §<br>§<br>§ | |
| v. | § | Case Number 3:16-cv-3200-M |
| | § | |
| THE CBE GROUP, INC.,<br>Defendant | §<br>§<br>§ | |

## STIPULATION OF DISMISSAL

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Mary Groves and the defendant The CBE Group, Inc. hereby agree that the plaintiff will dismiss this action with prejudice. Each party will bear its own costs and attorney's fees.

June 7, 2017                                                                June 7, 2017

_____                                   /s/ Robbie Malone_____
Sameer S. Birring                                                      Robbie Malone
Birring Law Firm                                                       Malone Akerly Martin PLLC
501 North IH 35                                                        8750 North Central Expressway, Suite 1850
Austin, TX 78702                                                      Dallas, TX 75231
Tel: 512-937-2712                                                    Tel: (214) 346-2630
sameer@birringlaw.com                                         rmalone@mamlaw.com
Texas State Bar Number 24087169                      Texas State Bar Number 12876450
*Attorney for Plaintiff*                                              *Attorney for Defendant*